UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　Lasheena M Washington<br><br>　　Debtor(s) | Case No. 14 B 01350 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/17/2014.

2) The plan was confirmed on 04/07/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/25/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/26/2014, 06/19/2015.

5) The case was Dismissed on 07/06/2015.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,785.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $5,785.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $441.58 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $240.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $682.34

Attorney fees paid and disclosed by debtor:     $275.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 1 Stop Money Center | Unsecured | 681.00 | NA | NA | 0.00 | 0.00 |
| Advanced Cash America | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 920.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 566.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris (Original Creditor:04 Illin | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| At & T | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 585.00 | 585.72 | 585.72 | 0.00 | 0.00 |
| Broadstone Desert Sky | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Buckeye Title Loans Inc | Unsecured | 800.00 | 1,302.22 | 1,302.22 | 0.00 | 0.00 |
| Bureau Of Med Econcs (Original Creditor | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| Cash 1 Camelback | Unsecured | 933.00 | NA | NA | 0.00 | 0.00 |
| Checkmate | Unsecured | 766.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 3,500.00 | 3,284.40 | 3,284.40 | 0.00 | 0.00 |
| CJA Auto Sales | Secured | 19,306.00 | 0.00 | 19,306.00 | 4,010.45 | 1,092.21 |
| Commonwealth Edison | Unsecured | 1,100.00 | 507.34 | 507.34 | 0.00 | 0.00 |
| Congress Commons | Unsecured | 2,882.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B (Original Credito | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| Dekalb Housing | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Diversifd Co (Original Creditor:Medical) | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,482.00 | NA | NA | 0.00 | 0.00 |
| Great American Finance Company | Unsecured | 1,482.00 | 1,482.72 | 1,482.72 | 0.00 | 0.00 |
| Harris & Harris Ltd (Original Creditor:A | Unsecured | 1,001.00 | NA | NA | 0.00 | 0.00 |
| Hinsdale Lake Terrace | Unsecured | 1,782.00 | 1,782.21 | 1,782.21 | 0.00 | 0.00 |
| Illinois Collection Se (Original Credito | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Collections (Original Creditor: | Unsecured | 2,909.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 0.00 | 10,723.26 | 10,723.26 | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 3,500.00 | 10,430.26 | 10,430.26 | 0.00 | 0.00 |
| MCSI | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide (Original Credito | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide (Original Credito | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| PLS | Unsecured | 887.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 618.00 | 618.41 | 618.41 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |
| Southwest Credit Syste (Original Credito | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 821.00 | NA | NA | 0.00 | 0.00 |
| Sprint Corp | Unsecured | 1,000.00 | 698.55 | 698.55 | 0.00 | 0.00 |
| State Collection Service | Unsecured | 822.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc (Original Creditor: | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| TIO Rico | Unsecured | 468.00 | NA | NA | 0.00 | 0.00 |
| United Auto | Secured | 6,021.00 | NA | 6,021.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,327.00 | $4,010.45 | $1,092.21 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,327.00** | **$4,010.45** | **$1,092.21** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$31,665.09** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $682.34 |
| Disbursements to Creditors | $5,102.66 |
| **TOTAL DISBURSEMENTS** : | **$5,785.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/09/2015          By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**